**DISMISS and Opinion Filed May 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00308-CV

**STEVEN K. TOPLETZ, Appellant**

**V.**

**RAYGAN BRYCE WADLE, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF LYNDA CARROLL WILLIS, DECEASED, INDIVIDUALLY AND ON BEHALF OF LANCASTER BLUEGROVE, L.P., Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04120-2012**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Whitehill

Before the Court is appellant's motion to dismiss the appeal. Appellant explains that the appeal is now unnecessary because the trial court has vacated the appealed order. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

190308F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEVEN K. TOPLETZ, Appellant

No. 05-19-00308-CV     V.

RAYGAN BRYCE WADLE,
INDEPENDENT ADMINISTRATOR OF
THE ESTATE OF LYNDA CARROLL
WILLIS, DECEASED, INDIVIDUALLY
AND ON BEHALF OF LANCASTER
BLUEGROVE, L.P., Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-04120-2012.
Opinion delivered by Justice Whitehill.
Justices Partida-Kipness and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee RAYGAN
BRYCE WADLE, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF LYNDA
CARROLL WILLIS, DECEASED, INDIVIDUALLY AND ON BEHALF OF LANCASTER
BLUEGROVE, L.P. recover his costs of this appeal from appellant STEVEN K. TOPLETZ.

Judgment entered May 17, 2019